**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | **Case No. 15-60007** |
| **WINLAND OCEAN SHIPPING CORPORATION,** | § | **(Joint Administration Requested)** |
| | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | **Case No. 15-60008** |
| **SKYACE GROUP LTD. (BVI),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | **Case No. 15-60009** |
| **PLENTIMILLION GROUP LTD. (BVI),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | **Case No. 15-60010** |
| **FON TAI SHIPPING CO., LTD. (HK),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | **Case No. 15-60011** |
| **WINLAND DALIAN SHIPPING S.A. (PANAMA),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | **Case No. 15-60012** |
| **WON LEE SHIPPING CO., LTD. (HK),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST CLAIMS**

The following is the consolidated list ("List") of the Debtors' creditors holding the 30 largest claims. The List is prepared in accordance with FED. R. BANKR. P. 1007 for filing in this chapter 11 case. The List was prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, the chief restructuring officer of the primary Debtor, hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on review of the Debtors' books and records, and is consistent with the information contained therein. The List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101. The Debtors do not take a position as to whether any of the creditors are fully secured or may be undersecured. Inasmuch as the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claim of the potential claimants included on the List, the information provided in this List shall not be binding upon the Debtors and shall not constitute the Debtors' admission of liability. Each of the claims listed herein is subject to additional and customary offsets, rebates, discounts, reconciliations or creditors, as appropriate.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| China Merchants Bank Co. Ltd. 19th Floor, China Merchants Banks Tower No. 7088 Shennan Boulevard Shenzhen, Guangdong  51840 CHINA | China contact: zhuweizhong@cmbchina.com Fax: 86-755-83195040  New York Branch: 535 Madison Avenue, 18th Flr New York, NY 10022 Tel: 212-753-1801 Fax: 212-753-1319 cserv@ny.cmbchina.com | First priority mortgages on M.V. Rui Lee and M.V. Fon Tai | | 25,900,000.00 |
| China CITIC Bank Co. Ltd. Dalian Zhong Shong District Road #29 7 7 Guang Chang Dalian CHINA | New York Branch: Mr. Peter Zhao Executive Vice President & Country Head, USA 410 Park Avenue, 18/F New York, NY10022 Tel: 212-588-7000 Fax: 212-791-3776/3857 peterzhao@cncbinternational.com nyb@cncbinternational.com | Mortgages on the M.V. Fon Tai and M.V. Rui Lee | | 19,600,000.00 |
| Rich Forth Investment Limited Luoma Guarden #1703a Huixisi Street Chaoyang, Beijing CHINA | Fax: 86-591- 87541607 | | | 5,377,900.00 |

2

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jiangsu Hantong Ship Heavy Industry Co. Yangzhong, Baqiao, Wanfu Ligang Town,Tongzhou Jiangsu Province CHINA | Attn: Mr. Caishihai cx@cnhtship.com.cn Fax: 0513-86760866 | Rui Lee ($2,858,836) Fon Tai ($2,340,648) | | 5,199,484.00 |
| Grand Capital International Limited SinoPac Leasing Corp 3F 9-1 Chien Kuo North Road Taipei TAIWAN | Mr. Andy Chuang Fax: 888-2-8261222 | First priority ship mortgage in M.V. Winland Dalian | | 3,205,000.00 |
| Sea Carrier Shipping Co. Ltd. Caihong North Road #48 Poteman Building 906-1 Ningbo, Zhejiang 315000 CHINA | Mr. Xiao Iiwu cchen@niledutch.com Fax: 86-755-83195040 86-21-5835-8056 | | | 3,004,056.16 |
| Daewoo Logistics Corp. 17th floor, Daewoo Foundation Building 526.5 GA Namdaemunno Chung-Gu, Seoul KOREA | | | | 2,974,782.29 |
| Zhoushan Ligang Shipbuilding Co., Ltd. No. 12 Ligang Shipyard Road Jintang Town, Dinghai District Zhoushan City, Zhejiang Province CHINA | | | | 1,158,926.83 |
| Dalian Master Well Ship Management Co., Ltd. 23F Summit Building, No. 4 Shanghai Road, Zhongshan District, Dalian CHINA | | | | 900,460.06 |
| PICC Insurance Company Dalian Branch No. 2 Huanghe Road Xigang District, Dalian 116011 CHINA | Mr. Yue Bing Tel: 86-411-8272-4297 yuebing@dal.picc.com.cn Fax: 86-411-82711005 | | | 632,021.50 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fu Jian Xin Yuan Shipbuilding Company Co., Ltd. Baimamen, Wanwu Town, Fu'an City, Fujian Province CHINA | go@fjhdshipyard.com business@fjhdshipyard.com lxd1680@fjhdshipyard.com huadong-2@sinowagon.com.tw Fax: 0086-591-26977310 | | | 487,804.88 |
| Far East Shipping T1-12A Pacific Plaza, No.35 Donghai West Road, Qingdao City, Shandong Province CHINA | Mr. Gong Wei Chuan fuerchuanwu@163.com | | | 341,289.73 |
| Sea Hub Trading (HK) Ltd RM 1803 18/F Allied Kajima Building 138 Gloucester Road CHINA | Jiang Xiaojin jiang@hk.sea-hub.com Fax: 852-2511-1383 | | | 243,199.78 |
| Chugoku Marine Paint (HONG KONG) Ltd. Room 01, 22nd Floor Island Place Tower 510 King's Road, North Point, Hong Kong CHINA | Mr. Zhao Yongbiao zhaoyongbiao@cmp.com.cn | | | 194,930.75 |
| Shanghai FG Marine Engineering Co. Ltd. No. 255, Gongqing Road Yangpu District, Shanghai CHINA | | | | 172,460.16 |
| Zhenjiang East China Diesel Engine Fitting Co., Ltd. No. 49 B4 Area Mingji Trade Mart Dantu New District Zhenjiang, Jiangsu CHINA | Mr. Dai Yuejun Zj.hs@163.com Fax: 86-511-85935057 | | | 159,422.44 |
| Shanghai Weijiao Shipping Co., Ltd. | weijiaochuanwu@163.com 2929682287@qq.com Fax: 86-21-20255318 | | | 148,182.11 |
| Feoso Oil (Singapore) Pte Ltd 400 Orchard Road #13-06 Orchard Towers SINGAPORE 238875 | Attn: Mr. Li Xiyong david@feoso.com.sg Fax: 65-67322055 | | | 145,974.07 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Asia-Pacific Marine & Power Co., Ltd. No. 1433 Chuansha Road Pudong, Shanghai 201209 CHINA | info@marinepower.com.cn zefeimaoyi@163.com zefeimaoyi@yahoo.com.cn Fax: 86- 21-50682697 | | | 134,328.24 |
| Class NK 4-7 Kioi-cho, Chiyoda-ku,Tokyo 102-8567 JAPAN | Mr. T.Fujii fnd@classnk.or.jp. Fax: 81-3-5226-2108 | | | 131,599.00 |
| Jiang Yin Chengxi Chuan Chang Hang Xiu Gongsi | Fax: 86-510-81668822 operate@csschx.com | | | 131,391.22 |
| Yangzhou Prosperous Shipping Co., Ltd. Room 501, Datangshijia No. 450 Yangzijiang Middle Street Yangzhou, P. R. China 225009 | | | | 129,756.10 |
| Sea Hub Trading (HK) Ltd. RM 1803 18/F Allied Kajima Building 138 Gloucester Road Wan Chai, Hong Kong CHINA | Jiang Xiaojin jiang@hk.sea-hub.com Fax: 852-2511-1383 | | | 124,683.28 |
| Hoi Tung Marine Machinery Suppliers Ltd. 27/F China Merchants Tower Shun Tak Centre 168-200 Connaught Road Central, Hong Kong CHINA | henryzhang@cmhk.com Fax: 852-2815 0184 | | | 122,645.77 |
| Nan Tong Rui Tai Chuan Wu Company | Mr. Yuan Zhi Ping Fax: 86-513-87601903 ruitai@pmscn.com | | | 116,368.46 |
| Andre Liu & Co. 25th Floor, Fortis Bank Tower No.77-79 Gloucester Road Wanchai, Hong Kong CHINA | Ms. Betty Cheung operatios@ andrewliu.com.hk Fax: 852-2522-2715 | | | 109,745.06 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sun Marine Luboil International Ltd. Dalian Xi Gang District Gao Er Ji Road No. 212 Sheng Li CHINA | | | | 90,326.50 |
| Malone Bailey LLP 9801 Westheimer Rd. Houston, TX 77042 | Mr. George Qin gqin@malonebailey.com Tel: (713) 343-4267 | | | 90,000.00 |
| DMI (Nantong) Ltd. No.368, Tian Sheng Road Nantong, Jiangsu 226003 CHINA | | | | 77,721.95 |
| CNPC & TAFO Marine Fuel Co Ltd. 8/F, CNPC & TAFO International Hotel, No. 9 Huachang Road, Zhangjiagang, Jiangsu CHINA | | | | 67,563.15 |
| K&L Gates LLP Southeast Financial Center, Suite 3900 200 South Biscayne Boulevard Miami, FL 33131-2399 | Mr. Clayton E. Parker Tel: (305) 539-3306 Fax: (305) 358-7095 clayton.parker@klgates.com | | | 60,000.00 |
| Cosco Shipyard (YAN TAI) Co., Ltd. Shan Dong Sheng Yan Tai Shi Huan Hai Road No. 16 | shaominghaoyantai@126.com | | | 41,165.09 |
| Takahashi Shoujit Co. Ltd. No. 2-15 3 Chomemisaki Honmachi Hyogo-Ku Kobe JAPAN | Mr. Mao Wen Hua | | | 32,152.55 |

## DECLARATION CONCERNING THE LIST OF
## THE DEBTORS' 30 LARGEST CREDITORS

  I, Robert E. Ogle, Chief Restructuring Officer of Winland Ocean Shipping Corporation, declare under penalty of perjury that I have read the foregoing "List of 30 Largest Creditors" and that it is true and correct to the best of my information and belief.

**Dated**:  February 12, 2015.

            **WINLAND OCEAN SHIPPING CORPORATION**


            By: */s/ Robert E. Ogle*
            Name: Robert E. Ogle
            Title: Chief Restructuring Officer