**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 15-60007** |
| **WINLAND OCEAN SHIPPING CORPORATION,** | § | (Joint Administration Requested) |
| | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| | § | **Case No. 15-60008** |
| **SKYACE GROUP LTD. (BVI),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| | § | **Case No. 15-60009** |
| **PLENTIMILLION GROUP LTD. (BVI),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| | § | **Case No. 15-60010** |
| **FON TAI SHIPPING CO., LTD. (HK),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| | § | **Case No. 15-60011** |
| **WINLAND DALIAN SHIPPING S.A. (PANAMA),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| | § | **Case No. 15-60012** |
| **WON LEE SHIPPING CO., LTD. (HK),** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**NOTICE OF EMERGENCY HEARINGS**

**PLEASE TAKE NOTICE** that a hearing on the Debtors' Motions listed below will be held on **Friday, February 13, 2015 at 2:30 p.m.** (CST) before the Honorable David Jones, in Courtroom 400, 515 Rusk, Houston, TX 77002:

(1) Motion for Entry of an Order (I) Directing Joint Administration and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1015 and 2002(n) [Doc. #5];

(2) Motion for an Order Pursuant to Sections 105(a), 362, and 365 of Title 11 of the United States Code Enforcing and Restating the Automatic Stay and *Ipso Facto* Provisions [Doc. #6].

To appear telephonically, parties should consult the court's procedures located on the court's website— http://www.txs.uscourts.gov/bankruptcy/judges/dj/main.htm.

**OKIN & ADAMS LLP**

By:     /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
George Y. Niño
Texas Bar No. 00786456
Email: gnino@okinadams.com
Ruth E. Piller
Texas  Bar No. 00794461
Email: rpiller@okinadams.com
1113 Vine St. Suite 201
Houston, TX  77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**