IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 15-60007** |
| **WINLAND OCEAN SHIPPING** | § | (Jointly Administered) |
| **CORPORATION, et al.,** | § | |
| | § | **Chapter 11** |
| Debtors. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following motions will be heard on Thursday, February 19, 2015 at 3:30 p.m. (CDT) in the United States Courthouse, 515 Rusk, Courtroom 400, Houston, Texas 77002:

- Debtors' Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Doc. #16];

- Debtors' Emergency Motion for Authority to Implement Certain Notice Procedures [Doc. #18]; and

- Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Cash Collateral of Existing Secured Lenders Pursuant to Section 363(c) of the Bankruptcy Code; (ii) Granting Adequate Protection for the Use Thereof; and (iii) Scheduling a Final hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [Doc. #20].

To appear telephonically, parties should consult the Court's procedures located on the Court's website.

Dated:  February 17, 2015.

- 2 -

**OKIN & ADAMS LLP**

By:    /s/ *Ruth E. Piller*
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    George Y. Niño
    Texas Bar No. 00786456
    Email: gnino@okinadams.com
    Ruth E. Piller
    Texas  Bar No. 00794461
    Email: rpiller@okinadams.com
    1113 Vine St. Suite 201
    Houston, TX  77002
    Tel: (713) 228-4100
    Fax: (888) 865-2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**