## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF TEXAS** <br> **VICTORIA DIVISION** | |
| Case No: 15-60007 | Name of Debtor: *Winland Ocean Shipping Corporation, et al* |
| Witnesses: <br> Robert E. Ogle | Judge: David R. Jones |
| | Courtroom Deputy: |
| | Hearing Date:  Apil 22, 2015 |
| | Hearing Time:  2:00 p.m. |
| | Party's Name: *Winland Ocean Shipping Corporation* |
| | Attorney's Name: Matthew S. Okin |
| | Attorney's Phone:  (713) 228-4100 |

**Nature of Proceedings:**

1. Application for an Order Pursuant to §§ 105(a), 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment of the Claro Group, LLC as Debtors' Financial Advisor and Consultant an Robert Ogle as Debtors' Chief Restructuring Officer [Doc. # 37].

## DEBTORS' EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration of Douglas J. Brickley ISO Debtors' Application for an Order Pursuant to § 327(a) of the Bankruptcy Code Authorizing the Employment of the Claro Group, LLC as Debtors' Financial Advisor and Consultant an Robert Ogle as Debtors' Chief Restructuring Officer [Doc. # 37-1]. | | | | |

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2. | Supplemental Declaration of Douglas J. Brickley ISO Debtors' Application for an Order Pursuant to § 327(a) of the Bankruptcy Code Authorizing the Employment of the Claro Group, LLC as Debtors' Financial Advisor and Consultant an Robert Ogle as Debtors' Chief Restructuring Officer [Doc. # 72]. | | | | |
| 3. | Engagement Letter dated November 19, 2014, by and between Winland Ocean Shipping Corp. and The Claro Group, LLC. | | | | |
| 4. | Written Consent of Directors of Winland Ocean Shipping Corp. | | | | |
| 5. | Claro Fee Comparison to Date | | | | |

Respectfully submitted this 20th day of April, 2015.

**OKIN & ADAMS LLP**

By:     /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
George Y. Niño
Texas Bar No. 00786456
Email: gnino@okinadams.com
David L. Curry, Jr.
Texas  Bar No. 24065107
Email: dcurry@okinadams.com
1113 Vine St. Suite 201
Houston, TX  77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**ATTORNEYS FOR THE DEBTORS**