


EXHIBIT A

**Please remit payment to:**

Okin & Adams LLP
1113 Vine St., Suite 201
Houston, TX 77002
Fx.888.865.2118

Tax ID# 80-0891347

June 9, 2015

Li Honglin
Winland Ocean Shipping Corp.
NO. 305 Zhongshan Road
Shehekou District, 116021
Dailan, China

Regarding: Winland/Chapter 11 Case
Invoice No:03766

***Services Rendered***

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/01/2015 | DLC | Review and analyze documents and issues related to discovery requests (7.9); receive, review, and respond to correspondence with and without B. Ogle, J. Du, and M. Okin regarding case status and strategy (1.1); telephone call w/ J. Rovira, M. DeSimone et al regarding discovery issues (.5) | 9.50 | $2,802.50 |
| 5/02/2015 | DLC | Corr. w/ B. Ogle regarding expert report (.6); review and analyze Ogle report and projections (4.4); review documents and analyze issues related to discovery requests (.5) | 5.50 | $1,622.50 |
| 5/02/2015 | MSO | Review correspondence preparing for hearing (.5); forward CMB settlement proposal to client with comments (.2) | 0.70 | $276.50 |
| 5/03/2015 | DLC | Continue work related to document production (2.1); analyze Ogle report & projections (.8); communication w/ B. Ogle and J. Du regarding case status and strategy (.6); legal research and drafting regarding objection to CMB motion to lift the automatic stay (4.7) | 8.20 | $2,419.00 |
| 5/04/2015 | DLC | Continue document review and assembly in response to CMB discovery (6.6); draft responses and objections to CMB discovery responses (1.2); meet and confer w/ M. Okin regarding case status and strategy, discovery issues (.5); draft witness and exhibit list (.6); receive and review CMB responses to Debtors' discovery requests (.4); draft letter to T. Davidson regarding discovery deficiencies (.8) | 10.10 | $2,979.50 |
| 5/04/2015 | MSO | Review draft letter to CMB and discuss with D. Curry (.3); review CMB responses to discovery (.2); review response to MLS and other draft documents (.6) | 1.10 | $434.50 |
| 5/05/2015 | DLC | Receive and review client correspondence (.2); review and analyze client documentation (.5); receive and review T. Davidson email regarding cash collateral usage (.2); review and analyze Ogle correspondence regarding cash collateral (.4); draft email to T. Davidson regarding cash collateral usage (.1); | 1.40 | $413.00 |
| 5/05/2015 | DLC | Revise Ogle report exhibits (.3); confer w/ J. Rovira regarding discovery and depositions (.5); produce supplemental documents (.2); analyze CMB objections to Yu report (.6); draft notice of deposition (.3); work w/ CloudNine to establish CMB document database (.9); review CMB documents (.8) | 2.60 | $767.00 |
| 5/05/2015 | GN | Analyze and review of CMB's document production (2,4); discuss same with team (.5) | 2.90 | $1,087.50 |
| 5/05/2015 | MSO | Discussion with D. Curry of deficiency issues and letter (.2); review CMB response to discovery requests (.2); telephone conference with T. Davidson regarding outstanding issues (.3); review additional discussion of budget and other trial issues (.5) | 1.20 | $474.00 |




Regarding: Winland/Chapter 11 Case
Invoice No: 03766



| | | | | |
|---|---|---|---|---|
| 5/06/2015 | DLC | Confer w/ J. Rovira regarding discovery issues (.4); prepare supplemental document production (.8); draft motion to compel (.6); confer w/ T. Davidson & J. Rovira regarding discover hearing (.2) | 2.00 | $590.00 |
| 5/06/2015 | DLC | Receive review and respond to correspondence from Client (.2); Receive review and respond to correspondence from J. Du regarding budget issues (.3); analyze issues related to cash collateral and CMB request for information (.6); draft email to D. Brickley, B. Ogle regarding cash collateral issues and CMB information request (.3). | 1.30 | $383.50 |
| 5/06/2015 | GN | Analyze and review CMB's document production (6); discuss motion to dismiss arguments and case status with team (1); research motion to dismiss issues including automatic stay cases (2.5); | 9.50 | $3,562.50 |
| 5/06/2015 | MSO | Telephone conference with T. Davidson regarding trial preparation process (.4); review and respond to T. Davidson email regarding process and discovery (.4); review preliminary witness and exhibit list and discuss with D. Curry and G. Nino (.5); review preliminary pretrial order and discuss (.5) | 1.80 | $711.00 |
| 5/06/2015 | MSO | Discussion with G. Nino of responses on Singapore law affidavit and other motion to dismiss issues | 0.50 | $197.50 |
| 5/06/2015 | MSO | Attention to budget issues and concern with wire problems to PICC | 0.50 | $197.50 |
| 5/07/2015 | DLC | Draft objection to committee application to employ counsel (.4) | 0.40 | $118.00 |
| 5/07/2015 | DLC | Prepare for and attend discovery hearing (2.1); continue analyzing documents and preparing exhibits for 5/11 hearing (3.1); analyze issues and revise joint pretrial order (1.6); receive and analyze CMB exhibit list (.9); review CMB document production (1.4); review and analyze CMB reply in support of lift stay motion (.9); receive and review CMB reply in support of motion to dismiss adversary (.6). | 10.60 | $3,127.00 |
| 5/07/2015 | DLC | Draft email to T. Davidson regarding cash collateral issues and responding to CMB request for additional information (.3) | 0.30 | $88.50 |
| 5/07/2015 | GN | Analyze, research and review relevant cases and pleadings in preparation for upcoming hearing (7.6); draft legal memo regarding new arguments raised by CMB (2); discuss trial strategy with team (1) | 10.60 | $3,975.00 |
| 5/07/2015 | MSO | Review issues relating to discovery disputes and in particular Sunscot issue (.5); meet with D. Brickley to discuss strategy for discovery conference (.3); conference with T. Davidson to resolve discovery disputes (.4); participate in discovery conference with Judge (.5); meeting with working group to discuss strategy for hearing and next steps in reorganization (1.5); draft and send email to H. Li regarding need for DIP loan and status of funds (.4) | 3.60 | $1,422.00 |
| 5/07/2015 | MSO | Review Singapore law affidavit and discuss with G. Nino (.5); further attention to issues raised in reply (.6) | 1.10 | $434.50 |
| 5/08/2015 | DLC | Prepare supplemental document production to CMB (.8); review CMB documents (1.1); prepare exhibits for 5/11 hearing (2.3); confer w/ J. Rovira regarding pretrial order (.4); revise pretrial order (.4); prepare for 5/11 lift stay hearing (3.1) | 8.10 | $2,389.50 |
| 5/08/2015 | GN | Continue to analyze, research and review relevant cases and pleadings in preparation for upcoming hearing (6)); draft and revise legal memo regarding new arguments raised by CMB (2); discuss trial strategy with team (.6) | 8.60 | $3,225.00 |
| 5/08/2015 | MSO | Begin preparations for hearing on Monday (3.0); review proof of insurance and forward to CMB (.2); review DIP proposal and discuss with client (.3) | 3.50 | $1,382.50 |
| 5/08/2015 | MSO | Review materials on motion to dismiss turnover and Singapore law issues raised (1.0); discuss further issues with G. Nino (.5) | 1.50 | $592.50 |






| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/08/2015 | TE | Meeting with Matt Okin regarding pulling documents for trial (0.10); Meeting with David Curry regarding documents for trial (0.20); Prepared CMB Exhibit Notebooks, Yak Exhibit Notebooks, and Pleading Notebooks (7.60) | 7.90 | $1,066.50 |
| 5/09/2015 | DLC | Prepare for 5/11 lift stay hearing | 7.90 | $2,330.50 |
| 5/09/2015 | MSO | Prepare for lift stay and turnover hearing | 5.40 | $2,133.00 |
| 5/10/2015 | DLC | Prepare for 5/11 lift stay hearing | 8.60 | $2,537.00 |
| 5/10/2015 | GN | Analyze and review relevant documents, including Yap declaration in preparation for trial (2.2); research case law in preparation for trial and draft legal memos regarding same (4.0); | 6.20 | $2,325.00 |
| 5/10/2015 | MSO | Continue hearing preparations, witness outlines, outline of opening and motion to dismiss argument | 12.50 | $4,937.50 |
| 5/11/2015 | DLC | Prepare for and attend lift stay hearing | 5.60 | $1,652.00 |
| 5/11/2015 | GN | Analyze and review relevant documents and case law in preparation for trial (1.5); attend trial (3.5); de-brief with team and discuss next steps for balance of trial (1) | 6.00 | $2,250.00 |
| 5/11/2015 | MSO | Prepare for hearing and participate in hearing on motion to lift stay, motion to dismiss turnover action and hearing on preliminary injunction | 7.40 | $2,923.00 |
| 5/11/2015 | TE | Meeting with Matt Okin regarding Winland trial (0.20); Travel to and from Court (0.30); Attend Trial, Prepared Notes (2.50); Review e-mail from George Nino requesting hearing transcript (0.10); Prepare Transcript Order form (0.30); Telephone conference with Electronic Court Recording office regarding transcript order (0.10); Create letter to Electronic Court Recording Service (0.30); Fax same with order (0.10) | 3.90 | $526.50 |
| 5/12/2015 | DLC | Telephone call w/ J. Rovira regarding depositions and hearing (.3) | 0.30 | $88.50 |
| 5/12/2015 | DLC | Meet and confer w/ M. Okin regarding case status and strategy (.3) | 0.30 | $88.50 |
| 5/12/2015 | GN | Prepare for upcoming depositions and trial, including by reviewing trial notes and task lists (2.5); discuss same with team (1); | 3.50 | $1,312.50 |
| 5/12/2015 | MSO | Prepare and file notice of application of retainer | 0.40 | $158.00 |
| 5/12/2015 | MSO | Discuss preliminary results of hearing and discuss next steps | 1.00 | $395.00 |
| 5/12/2015 | TE | Meeting with Matt Okin and George Nino regarding transcript and translation (0.10); Review e-mails regarding transcript and translator (0.50); Download, print, and save court recorded transcript form and letter to files (0.10); Telephone conference with Gina of Exceptional Recording regarding hearing transcript pricing and turn around (0.20); E-mail to Matt regarding same (0.10); Telephone conference with Tony of Exceptional Recording placing order for transcript (0.20). | 1.20 | $162.00 |
| 5/13/2015 | DLC | Receive and respond to email correspondence from B. Ogle regarding draft MOR (.3) | 0.30 | $88.50 |
| 5/13/2015 | DLC | Meet and confer with M. Okin & G. Nino regarding case status, strategy, and task allocation (.5) | 0.50 | $147.50 |
| 5/13/2015 | DLC | Review notice of application of retainer (.2); correspond with M. Okin regarding notice (.1); draft and file amended notice of application of retainer (.6) | 0.90 | $265.50 |
| 5/13/2015 | TE | Review e-mail from Matthew Okin regarding hearing transcript; Respond to e-mail regarding same; Review e-mail from Toni of Exceptional Reporting enclosing hearing transcript and invoice; Prepared hearing transcript for computer file; E-mail to Mr. Okin, George Nino, and David Curry with hearing transcript; E-mail to Mr. Okin and Lisa enclosing transcript invoice. | 0.30 | $40.50 |



Regarding: Winland/Chapter 11 Case
Invoice No: 03766



| | | | | |
|---|---|---|---|---|
| 5/14/2015 | DLC | Prepare for hearing; assemble Ogle binder; email client regarding interpreter; review Ogle documents | 4.40 | $1,298.00 |
| 5/14/2015 | TE | Prepare Ogle Notebook for hearing. | 0.50 | $67.50 |
| 5/15/2015 | DLC | Review cash collateral variance report (.4); correspond w/ T. Davidson regarding same. (.1); receive and review multiple email correspondence regarding case matters from L. Honglin (.3) | 0.80 | $236.00 |
| 5/18/2015 | DLC | Trial preparation (1.2) | 1.20 | $354.00 |
| 5/18/2015 | GN | Discuss trial preparation with MOkin and DCurry (1); review Yap declaration and begin to research objection to Yap declaration regarding rule 44.1 and rules of evidence (7); | 8.00 | $3,000.00 |
| 5/18/2015 | MSO | Telephone conference with T. Davidson regarding settlement issues (.4); conference with G. Nino, D. Curry and T. Easton regarding preparations for continued trial (1.2); begin review of hearing materials and other preparation (.6); email to H. Li regarding settlement issues and hearing preparation (.3) | 2.50 | $987.50 |
| 5/18/2015 | TE | Meeting with Matthew Okin, George Nino and David Curry regarding trial preparation. | 1.25 | $168.75 |
| 5/19/2015 | DLC | Receive, review and respond to correspondence from B. Ogle regarding case status (.2); receive, review and analyze correspondence from L. Honglin re case status and strategy (.2) | 0.40 | $118.00 |
| 5/19/2015 | DLC | Meet w/ B. Ogle regarding deposition and trial preparation (1.6); t/c w/ J. Rovira regarding deposition and discovery issues (.4); draft proposed 30(b)(6) designations (.4); corr. w/ M. Okin regarding deposition issues and strategy (.3); trial and deposition prep (2.1); review and analyze documents for supplemental production (1.1); correspond w/ M. Okin regarding privilege issues (.2) | 6.10 | $1,799.50 |
| 5/19/2015 | GN | Research Rule 44.1 and motion to strike expert issues and begin to draft motion to strike regarding Mr. Yap (6.8); draft and revise Yu direct examination outline (1); | 7.80 | $2,925.00 |
| 5/19/2015 | MSO | Meeting with B. Ogle and D. Curry to discuss preparation for hearings (.5); begin review of hearing transcript and preparation for Li testimony (1.5) | 2.00 | $790.00 |
| 5/19/2015 | TE | E-mail to Albert Alonzo of Judge Jones' Court regarding courtroom technology in Victoria (0.20); Telephone conference with Clerk of Court in Victoria regarding same (0.10); Telephone conference with Yvette, Victoria Clerk of Court regarding list of courtroom technology (0.40); E-mail to Team and Albert Alonzo of Judge Jones Court with list of Technology in Victoria (0.20); Prepare Trial Notebook for George Nino (0.40); Prepare Motion for Hearing Transcript binder for Matthew Okin (0.20). | 1.50 | $202.50 |
| 5/20/2015 | DLC | Correspond w/ J. Rovira regarding deposition designations (.4); assemble and serve second supplemental production (.3); continue trial preparation (1.1); continue deposition preparations (1.1) | 2.90 | $855.50 |
| 5/20/2015 | DLC | Correspond w/ B. Ogle & J. Du regarding cash collateral variance report (.2); serve report to CMB counsel (.1); file April MOR (.2) | 0.50 | $147.50 |
| 5/20/2015 | GN | Continue to review Yap Declaration and develop detailed list of objections (2.5); research, draft and revise motion to strike Yap declaration and exhibit detailing relevant exhibits (5); draft and revise Yu direct examination outline (1); | 8.50 | $3,187.50 |
| 5/20/2015 | MSO | Discussion with G. Nino and D. Curry regarding Singapore law expert issues | 0.50 | $197.50 |
| 5/20/2015 | TE | Meeting with George Nino regarding Yap Declaration sheet (0.10); Create Yap Declaration Exhibit (0.20); Pull Debtors and CMB's Final | 6.35 | $857.25 |





| | | | | |
|---|---|---|---|---|
| | | Exhibit Lists from hearing showing admittance and objections (0.30); Office conference with David Curry regarding supplemental discovery (0.10); Review supplemental discovery on disc (0.10); Left message for Lawrence Montes regarding bates labeling same (0.10); E-mail to Mr. Montes enclosing documents to bates label (0.20); Create letter to Timothy Davidson enclosing Second Supplemental Production to First Request for Production (0.30); Prepare documents; Finalize and send letter with documents to Mr. Davidson via e-mail (0.20). Continue reviewing documents in preparation of depositions and trial (4.75). | | |
| 5/21/2015 | DLC | Analyze issues related to CMB exhibits (.3); correspond w/ J. Rovira and D. Baumstein regarding Yap testimony and exhibits (.9); meet w/ B. Ogle, J. Du, T. Yu, L. Honglin, M. Okin, & G. Nino regarding trial preparation and case strategy (2.4); draft revised settlement offer and forward to T. Davidson (.4); continue trial prep (2.1); continue preparation for B. Ogle deposition (.7) | 6.80 | $2,006.00 |
| 5/21/2015 | GN | Review Yap Declaration and revise detailed list of objections; draft and revise motion to strike Yap declaration and exhibit detailing relevant exhibits (7); draft and revise Yu direct examination outline (2); | 9.00 | $3,375.00 |
| 5/21/2015 | MSO | Meeting with D. Curry and G. Nino to prepare for hearing and depositions (.5); meeting with B. Ogle regarding witness preparation and settlement issues (.7); meeting with Li to prepare for hearing and discuss settlement options (3.2); telephone conference with T. Davidson regarding settlement proposal (.2); review draft proposal and comment (.2) | 4.80 | $1,896.00 |
| 5/21/2015 | TE | Office conference with Matt Okin regarding trial exhibit binders (0.20); Telephone conference with Lawrence Montes of copy service regarding additional trial exhibit binders (0.10); Office conference with Mr. Okin regarding researching translator ethics and rules (0.10); Research Interpreter Ethics (1.75) | 2.15 | $290.25 |
| 5/22/2015 | DLC | Draft proposed findings of fact and conclusions of law (2.6); correspond w/ M. Okin regarding case status and strategy (.2); prepare w/ G. Nino and T. Yu for deposition (2.7); meet w/ B. Ogle, M. Okin, J. Du, and G. Nino regarding case status and strategy (.5); revise proposed findings of fact and conclusions of law, file, and serve (.2) | 6.20 | $1,829.00 |
| 5/22/2015 | DLC | Receive and review reply of proposed counsel for UCC (.3) | 0.30 | $88.50 |
| 5/22/2015 | GN | Prepare for upcoming Yu deposition and trial by reviewing relevant documents, including expert reports (4.5); prepare Mr. Yu for his deposition (4); | 8.50 | $3,187.50 |
| 5/22/2015 | MSO | Prepare for and attend deposition of Li Hong Lin (7.2); meet with team and expert to discuss additional testimony issues (.8); review transcripts and begin preparing direct (1.2) | 9.20 | $3,634.00 |
| 5/23/2015 | DLC | Trial preparation (.9); prepare w/ B. Ogle for deposition (4.8) | 5.70 | $1,681.50 |
| 5/23/2015 | GN | Meet with Mr. Yu in preparation for his deposition (1.5); defend Mr. Yu during his deposition (4); de-brief with Mr. Yu and later with client and team regarding Mr. Yu's deposition (1.4); continue trial preparation, including review of relevant documents and Yap declaration (2); | 8.90 | $3,337.50 |
| 5/23/2015 | MSO | Continue work preparing for hearing (3.2); meet with H. Li to discuss direct testimony and prepare for hearing (3..4) | 6.60 | $2,607.00 |
| 5/24/2015 | DLC | Prepare for and attend Ogle deposition (3.9); prepare for trial (5.2) | 9.10 | $2,684.50 |
| 5/24/2015 | GN | Draft and revise Mr. Yu's direct examination (3); draft and revise new version of Yap declaration/trial exhibit worksheet listing relevant objections and exhibit descriptions (3.5) | 6.50 | $2,437.50 |
| 5/24/2015 | MSO | Review Yu and Li deposition transcripts (1.2); meet with trial team to | 11.20 | $4,424.00 |



Regarding: Winland/Chapter 11 Case
Invoice No: 03766



| | | | | |
|---|---|---|---|---|
| | | prepare for hearing on Tuesday and meet with B. Ogle (1.5); prepare for hearing (8.5) | | |
| 5/25/2015 | DLC | Prepare w/ and w/o M. Okin, B. Ogle, G. Nino, L. Honglin, and T. Yu for trial (7.3) | 7.30 | $2,153.50 |
| 5/25/2015 | DLC | Travel to Victoria, TX | 1.90 | $560.50 |
| 5/25/2015 | GN | Prepare witnesses for trial (5); travel to Victoria (2.5); attend witness meetings and dinner (2); continue to prepare witness outlines (2.7) | 12.20 | $4,575.00 |
| 5/25/2015 | MSO | Prepare direct testimony outline and prepare closing outline (2.5); meet with client and B. Ogle to discuss trial strategy and demonstrative exhibits (2.0); additional preparation for hearing (2.0); travel to Victoria for hearing (2.2); meet with expert to discuss trial exhibits and demonstrative (1.0) | 9.70 | $3,831.50 |
| 5/25/2015 | TE | Trial Preparation | 6.50 | $877.50 |
| 5/26/2015 | DLC | Travel from Victoria, TX. | 1.90 | $560.50 |
| 5/26/2015 | DLC | Prepare for and attend lift stay hearing (10.2) | 10.20 | $3,009.00 |
| 5/26/2015 | GN | Prepare for and attend first day of trial (12); travel to Houston (2.5) | 14.50 | $5,437.50 |
| 5/26/2015 | MSO | Prepare for and attend hearing on relief from stay and injunction (10.6); return travel to Houston (2.0) | 12.60 | $4,977.00 |
| 5/27/2015 | DLC | Prepare for and attend lift stay hearing | 4.60 | $1,357.00 |
| 5/27/2015 | GN | Prepare for and attend final day of trial (5); de-brief with clients in a lunch meeting after trial (.9) | 5.90 | $2,212.50 |
| 5/27/2015 | MSO | Discuss Ogle direct and closing with D. Curry (.3); participate in hearing via telephone (1.7) | 2.00 | $790.00 |
| 5/28/2015 | MSO | Discussion of options for continuation of case or dismissal with B. Ogle and with client | 0.30 | $118.50 |
| | | | Total Fees | $142,230.25 |

***Staff Summary***

| Name | Hours | Rate | Fees |
|---|---|---|---|
| David L Curry | 154.70 | $295.00 | $45,636.50 |
| George Nino | 137.10 | $375.00 | $51,412.50 |
| Matthew S Okin | 103.60 | $395.00 | $40,922.00 |
| Ruth E Piller | 0.00 | $305.00 | $0.00 |
| Tammy Easton | 31.55 | $135.00 | $4,259.25 |

***Expenses***

| Date | Description | Charges |
|---|---|---|
| 3/31/2015 | Outside Printing and Duplicating Charge-Mail Out | $52.83 |
| 4/14/2015 | Parking Charge | $12.00 |
| 4/15/2015 | Conference Call | $163.05 |
| 4/25/2015 | Conference Call | $41.81 |
| 4/28/2015 | Long Distance Charges-Call to Singapore | $21.89 |
| 4/30/2015 | Conference Call | $28.25 |
| 4/30/2015 | Conference Call | $36.75 |
| 5/04/2015 | Messenger Delivery Expense | $16.95 |
| 5/06/2015 | CloudNineDiscovery | $589.72 |
| 5/07/2015 | Parking Charge-Parking for hearing | $9.00 |
| 5/07/2015 | FedEx | $34.17 |
| 5/11/2015 | Parking Charge-Parking for start Lift Stay hearing | $15.00 |



Regarding: Winland/Chapter 11 Case
Invoice No: 03766



| Date | Description | Amount |
|---|---|---|
| 5/11/2015 | Outside Printing and Duplicating Charge- | $311.44 |
| 5/12/2015 | Parking Charge- | $12.00 |
| 5/13/2015 | Transcript charge | $695.75 |
| 5/14/2015 | CloudNine | $55.63 |
| 5/22/2015 | Working Meal | $32.44 |
| 5/23/2015 | Working Meal | $6.47 |
| 5/23/2015 | Working Meal: Snack with Mr. Yu and Mr. Li | $13.26 |
| 5/23/2015 | Parking Charge-Parking for Hearing. | $15.00 |
| 5/23/2015 | Parking Charge-Parking for hearing | $12.00 |
| 5/25/2015 | Mileage | $70.49 |
| 5/25/2015 | Working Meal | $64.29 |
| 5/26/2015 | Hotel for trial. | $161.42 |
| 5/26/2015 | Mileage | $70.49 |
| 5/26/2015 | Hotel for trial in Victoria. | $153.71 |
| 5/26/2015 | Outside Printing and Duplicating Charge-Exhibit Binders | $258.67 |
| 5/27/2015 | Parking Charge-parking for hearing. | $15.00 |
| 5/27/2015 | Outside Printing and Duplicating Charge | $18.66 |
| 5/29/2015 | Hotel for Lift Stay hearing | $176.48 |
| 5/31/2015 | PACER Monthly Statement | $1.90 |
| 5/31/2015 | In-House Copying Charges | $860.40 |
| 5/31/2015 | Legal Research/Westlaw | $963.03 |
| | Total Expenses | $4,989.95 |

***Trust and Payment Summary***

| | | | |
|---|---|---|---|
| Total New Charges | | | $147,220.20 |
| Previous Balance | | | $58,301.13 |
| 6/01/2015 | Apply Funds to AR<br>Apply retainer to May invoice | OA IOLTA Account | $-58,301.13 |
| Balance Due | | | $147,220.20 |




Regarding: Winland/Chapter 11 Case
Invoice No: 03766



| | |
|---|---|
| Previous Balance of Frost Client Trust Account | $139,442.27 |
| 6/01/2015 Apply Retainer Balance to AR | $-58,301.13 |
| Current Balance of Frost Client Trust Account | $81,141.14 |